# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

MELODIE SANBORN,

        **Plaintiff,**

v.

DENTALONE PARTNERS, INC., et al.,

        **Defendants.**

Case No. 2:17-cv-875
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Chelsey M. Vascura

## OPINION AND ORDER

This matter is before the Court on the United States Magistrate Judge's April 6, 2018 Report and Recommendation recommending that the Court grant Plaintiff's Motion to Remand. The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review. The time period for objections has run, and no party has objected. Accordingly, the Court **AFFIRMS** and **ADOPTS** the Report and Recommendation (ECF No. 18). For the reasons set forth in that document, the Court **GRANTS** Plaintiff's Motion to Remand (ECF No. 11) and **REMANDS** this action to the Franklin County, Ohio, Court of Common Pleas. The Court declines to award Plaintiff attorney fees and costs under 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

_4-23-2018_
**DATE**

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**